USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2017

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MACQUARIE CAPITAL (USA) INC., ET AL.

Defendants.

No. 15-cv-02304 (DLC)

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having reviewed the Plaintiff Securities & Exchange Commission's ("Commission") Notice of Motion, Motion, and Memorandum in Support for an Order to Transfer Funds for Distribution ("Motion"), and the declaration of Alexander Villanova in support of the Motion, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Commission shall issue a check to the Distribution Agent, Epiq Class Action & Claims Solutions, Inc., under the case name designation "SEC v. Macquarie Capital (USA) Inc., et al." for $4,371,360.77. The Commission shall make the check payable to "SEC v. Macquarie Fair Fund" and shall send the check by overnight mail to Epiq Systems, Class Action & Claims Solutions, Attention: Alexander Villanova, Esq., 10300 SW Allen Blvd, Beaverton, OR 97005.

2. The Distribution Agent shall:

    a. Deposit these funds pursuant to paragraph 2.24 of the Distribution Plan; and

    b. Distribute these funds to Eligible Claimants in accordance with the terms of the Distribution Plan.

**SO ORDERED.**

Dated: May 4, 2017

_____
UNITED STATES DISTRICT JUDGE