UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MACQUARIE CAPITAL (USA), ET AL.,<br><br>Defendants. | No. 15-CV-02304 (DLC)<br>ECF Case |

**ORDER APPROVING THE FINAL ACCOUNTING, REMITTING FUNDS TO THE U.S. TREASURY, TERMINATING THE FAIR FUND, DISCHARGING THE DISTRIBUTION AGENT, AND RELATED RELIEF**

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Notice of Motion and Motion for an Order approving the Final Accounting, Terminating the Fair Fund, Discharging the Distribution Agent, and Related Relief (the "Motion"); the accompanying Memorandum of Law (the "Memorandum") and its attached Exhibits,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The Final Accounting attached as Exhibit B to the Memorandum of Law is approved;

3. The SEC shall transfer all remaining funds, including any disgorgement, penalty, prejudgment interest, and accrued interest, in the Fair Fund to the U. S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code § 78u-6(g)(3)];

4. Any funds returned to the Fair Fund in the future shall be transferred to the SEC for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code § 78u-6(g)(3)];

5. The Fair Fund is terminated; and

6. The Distribution Agent is discharged.

**IT IS SO ORDERED**.

DATED: July 30, 2021

UNITED STATES DISTRICT JUDGE